IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 20-cv-3205-WJM-STV

ALLEN T. MINTER, JR.,

Plaintiff,

v.

LENGERICH,
SHIELDS,
HANSEN,

    Defendants.
_____

**ORDER ADOPTING SEPTEMBER 29, 2021 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

    This matter is before the Court on the September 29, 2021 Recommendation of United States Magistrate Judge Scott T. Varholak (the "Recommendation") (ECF No. 68) that Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (ECF No. 50), and the CDOC Defendants' Supplement to Motion to Dismiss (ECF No. 65), be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 68 at 11.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P.

1

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)   The Magistrate Judge's Recommendation (ECF No. 68) is ADOPTED in its entirety;

(2)   Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (ECF No. 50) is GRANTED;

(3)   CDOC Defendants' Supplement to Motion to Dismiss (ECF No. 65) is GRANTED;

(4)   Plaintiff's claims are DISMISSED WITHOUT PREJUDICE;

(5)   The Clerk shall terminate this case; and

(6)   Each party shall bear his or their own costs.

Dated this 23rd day of November, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge